| FORM B1 | United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EarthCare Company** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade name)<br>EarthCare Company of Florida a/k/a EarthCare Environmental, Inc.; Earth America Distributors, Inc.; Earth America Company, Inc.; EarthCare Company of Texas; Bone-Dry Enterprises, Inc.; EC Acquisitions, Inc.; SanTi Group, Inc.; EarthCare; EarthAmerica; EarthLiquids; and Allen-Tate | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A |
| Soc. Sec. Tax I.D. No. (if more than one, state all):<br>FEIN 58-2335973 | Soc. Sec. Tax I.D. No. (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>14901 Quorum Drive, Suite 200, Dallas, Texas ~~75254~~ 75240 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>N/A |
| County of Residence or of the Principal Place of Business:<br>Dallas | County of Residence or of the Principal Place of Business<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>Same as street address listed above. | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Same as street address listed above. ||

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual ☐ Railroad<br>☒ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other [ ] | ☐ Chapter 7 ☒ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business ☒ | Filing Fee (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must... |
|---|---|

Chapter 11 Small Business (Check all that apply)
☐ Debtor is a small business as defined in 11 U.S.C.
☐ Debtor is and elects to be considered a small business under § 1121(e) (Optional)

Statistical/Administrative Information (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors: 1-15 ☐  16-49 ☐

Estimated Assets:
$0 to $50,000 ☐   $50,001 to $100,000 ☐   $100,001 to $500,000 ☐

Estimated Debts:
$0 to $50,000 ☐   $50,001 to $100,000 ☐   $100,001 to $500,000 ☐

---

Case # 02-42716 BJH
Filed: 03:52 PM, 04/11/02
Chapter 11
Fort Worth
Judge: Barbara J. Houser
Debtor(s):
EarthCare Company

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
RECEIPT # 040074640 - CC
03:56 PM, April 11, 2002

| Code | Qty | Amount |
|---|---|---|
| 11 | 1 | $830.00 |

**TOTAL PAID: $830.00**
From: Frank Jennings Wright
750 Signature Place
14785 Preston Rd.
Dallas, TX 75240-0000

4



| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**EarthCare Company** | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
X _____
Signature of Joint Debtor
_____
Telephone Number (If not represented by attorney)
Date_____

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
William W. Solomon, Jr.

Vice President and Chief Financial Officer

Date: April _11_, 2002

**Signature of Attorney**

X *[signature]*
Frank J. Wright
Hance Scarborough Wright Ginsberg & Brusilow, LLP
750 Signature Place
14785 Preston Road
Dallas, Texas  75240
(972) 788-1600
(972) 702-0662 - fax

Date: April _11_, 2002

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date_____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☒ Exhibit A is attached and made part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
X _____
Signature of Attorney for Debtor(s)        Date

Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

### Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **000-24685**.

2. The following financial data is the latest available information and refers to the debtor's condition on March 25, 2002 (as estimated by EarthCare Company)

   a. Total assets (a)                                              $ 1,500,000

   b. Total debts (including debts listed in 2.c., below) (b)       $ 88,500,000

      (a) Total assets include only the assets of the debtor and do not include the assets of any of its subsidiaries. Total assets also do not include any values for the stock of debtor's subsidiaries.

      (b) Total debts include only the debts of the debtors and do not include any debts of the debtor's subsidiaries.

   c. Debt securities held by more than 500 holders.                                     Approximate number of holders

      secured / /    unsecured / /    subordinated / /    $_____    _____

      secured / /    unsecured / /    subordinated / /    $_____    _____

      secured / /    unsecured / /    subordinated / /    $_____    _____

      secured / /    unsecured / /    subordinated / /    $_____    _____

      secured / /    unsecured / /    subordinated / /    $_____    _____

   d. Number of shares of preferred stock        600,000 shares of
                                                 Series A Preferred Stock        2

   e. Number of shares of common stock           31,138,425                       1,000

   Comments, if any:_____

3. Brief description of debtor's business: **EarthCare Company ("EarthCare") is a publicly traded company whose common stock is currently traded on the OTC Bulletin Board under the symbol "ECCO.OB". EarthCare and its subsidiaries are currently engaged in two non-hazardous waste divisions: our Liquid Waste division and our EarthLiquids division. Our Liquid Waste division, which includes components of our former EarthAmerica division, provides non-hazardous liquid waste collection, processing, treatment, disposal, bulk transportation, pumping, plumbing and maintenance services from our operating locations in New York, New Jersey and Pennsylvania. Our EarthLiquids division provides non-hazardous used oil and oily wastewater recovery and treatment services in Florida, Delaware, Louisiana, Maryland, New Jersey and Pennsylvania. EarthLiquids also sells refined oil derived from used oil and oily wastewater.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: **Donald F. Moorehead, Jr.; Raymond Cash, Cash Family Limited Partnership and Founders Equity Group.**